IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES WRIGHT**  **PETITIONER**
*ADC #142769*

v.  CASE NO. 4:24-CV-00864-BSM

**DEXTER PAYNE**
*Director, Arkansas Division of Correction*  **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE